UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, | ) ) ) ) | |
| Petitioner, | ) ) ) | No. 25-1184 |
| v. | ) ) ) | |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) ) | |

**AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS'
NONBINDING STATEMENT OF ISSUES**

Pursuant to this Court's September 8, 2025 Order (Doc. 2133882), Petitioner American Fuel & Petrochemical Manufacturers ("AFPM") submits this Nonbinding Statement of Issues:

1. Whether Respondent U.S. Environmental Protection Agency ("EPA") acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the final agency action entitled "Renewable Fuel Standard (RFS) Program: Partial Waiver of the 2024 Cellulosic Biofuel Volume Requirement," 90 Fed. Reg. 29751 (July 7, 2025) ("2024 Partial Waiver").

2. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law in the 2024 Partial Waiver when it calculated the amount of the

1

cellulosic biofuel volume requirement and used this volume to promulgate the cellulosic biofuel percentage standard in 40 C.F.R. § 80.1405.

Petitioner AFPM reserves the right to modify the list of issues addressed, as well as to address these and other issues in more detail in future pleadings.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Robert J. Meyers*
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Nonbinding Statement of Issues through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

>*/s/ Robert J. Meyers*
>Robert J. Meyers

Dated: October 8, 2025

3

DCACTIVE-83744073.1